Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

**UNITED STATES of America ex rel. Anthony ESPOSITO, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration, at the Port of New York, Respondent-Appellee.**

No. 385.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Francis J. Greco, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Frank W. Ford, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

**Harry WATERFIELD, Appellant, v. UNITED STATES of America, Appellee.**

No. 2923.

Circuit Court of Appeals, Fourth Circuit.

Jan. 1, 1930.

James M. Wolcott and W. L. Devany, Jr., both of Norfolk, Va., for appellant.

Paul W. Kear, U. S. Atty., of Norfolk, Va.

PER CURIAM.
Case dismissed under Rule 20, per agreement of counsel.

**WOOD TOWING CORPORATION, a Corporation, Appellant and Cross-Appellee, v. NORFOLK–BERKLEY BRIDGE CORPORATION, a Corporation, Appellee and Cross-Appellant.**

No. 2932.

Circuit Court of Appeals, Fourth Circuit.

Jan. 14, 1930.

See, also, 29 F.(2d) 115.

John W. Oast, Jr., of Norfolk, Va., for appellant and cross-appellee.

Williams, Loyall & Taylor and J. W. Willcox, all of Norfolk, Va., for appellee and cross-appellant.

PER CURIAM.
Consent decree filed. Cause remanded.

**WOOD TOWING CORPORATION, a Corporation, Appellant and Cross-Appellee, v. NORFOLK–BERKLEY BRIDGE CORPORATION, a Corporation, Appellee and Cross-Appellant, and UNITED STATES of America, Appellee.**

No. 2933.

Circuit Court of Appeals, Fourth Circuit.

Jan. 14, 1930.

See, also, 29 F.(2d) 115.

PER CURIAM.
Consent decree filed. Cause remanded.